UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE JONES

ACS RECOVERY SERVICES, INC.

Plaintiff,

-v-

ALVIN WILMORE, JR. and
CAROLYN WILMORE

Defendant.

08 CV 2017

Case No._____

**Rule 7.1 Statement**

RECEIVED
FEB 29 2008
U.S.D.C.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_____ACS Recovery Services, Inc._____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Affiliated Computer Services, Inc. is the parent of ACS Recovery Services, Inc. Affiliated Computer Services, Inc. is a publicly held company trading on the New York Stock Exchange. No publicly held corporation owns 10% or more of Affiliated Computer Services, Inc.'s stock.

Date: 2/28/08

Signature of Attorney

Attorney Bar Code: MB-6826

Form Rule7_1.pdf  SDNY Web 10/2007