UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE DIVISION)
------------------------------------------------------------X
ACS RECOVERY SERVICES, INC.,
a Delaware Corporation
                             Plaintiff

v.

ALVIN WILMORE, JR. AND
CAROLYN WILMORE,

                             Defendants
------------------------------------------------------------X

Civil Case No. 08-CV-2017 (BSJ) (THK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears in the above-entitled action on behalf of ACS Recovery Services, Inc., the Plaintiff. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions and applications served or required to be served in this case be given to and served upon the undersigned at the address stated below.

Dated: June 3, 2008
New York, New York

**DAY PITNEY LLP**
Attorney for ACS Recovery Services, Inc.

By_____
Stefanie Kastrinsky (SK3467)
7 Times Square, 20th Floor
New York, New York 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
E-Mail: skastrinsky@pitneyhardin.com

83058228A01060308