## Waiver of Service of Summons

TO: M. Alexander Bowie, II, Esq.
Day Pitney LLP
Attorneys for Plaintiff

I acknowledge receipt of your request that I waive service of the summonses upon Alvin Wilmore, Jr. and Carolyn Wilmore in the action of *ACS Recovery, Inc. v. Wilmore*, which is case number 08-civ-2017 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that defendants be served with judicial process in the manner provided by Rule 4.

Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Plaintiff will not object to a 60-day extension of time, after the expiration of any Court-ordered stay, for Defendants to file an answer or motion.

Date: June 10, 2008

Jason Bernstein, Esq.
Gary B. Pillersdorf & Associates, P.C.
Attorneys for Defendants

83022067A02060908